UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE, N.A., and EARLY WARNING SERVICES, LLC.<br><br>Defendants. | Civil Action No:<br><br>(Removed from Superior Court of Fulton County, Georgia, Civil Action No. 25CV005176) |

## NOTICE OF REMOVAL

Defendants Capital One Financial Corporation, Capital One N.A., ("Capital One") and Early Warning Services, LLC ("EWS") (collectively, "Defendants") hereby jointly remove the above-captioned action from the Superior Court of Fulton County, where it is now pending, to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds for removal, Defendants states as follows:

**I.     BACKGROUND**

1.     On April 16, 2025, Plaintiff Gregory Johnson (the "Plaintiff") filed a Complaint (the "Complaint") in Superior Court of Fulton County, Case No. 25CV005176. Plaintiff's Complaint alleges Invasion of Privacy, Negligence, Breach

of Express and Implied Contract, Unjust Enrichment, Breach of Confidence, Intentional Infliction of Emotional Distress, General Damages, Special Damages, and Punitive Damages against all Defendants and Computer Invasion of Privacy against Defendants Capital One Financial Corporation, and Capital One N.A.

2. On April 21, 2025, Plaintiff served the Complaint on Capital One, and EWS on April 25, 2025. The Complaint is included in the documents attached hereto as **Exhibit 1**.

3. This Notice of Removal is timely as it has been filed within 30 days of service of the Complaint. 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, orders, and other papers filed in the Superior Court of Fulton County are attached hereto as **Exhibit 1**.

5. Pursuant to 28 U.S.C. § 1446(d), upon filing this Notice of Removal, Defendant will promptly provide written notice to Plaintiff and file in the Superior Court of Fulton County the Notice of Filing of Notice of Removal attached hereto as **Exhibit 2**.

6. Defendants file this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff.

7. All Defendants have joined and consent to removal.

## II. REMOVAL IS PROPER BASED ON DIVERSITY JURISDICTION

8. Federal courts have diversity jurisdiction over civil actions between citizens of different states where the amount in controversy exceeds the sum or value of $75,000. 28 U.S.C. § 1332(a).

### A. Complete Diversity

9. "[A] corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business." *Life of the S. Ins. Co. v. Carzell*, 851 F.3d 1341, 1344 (11th Cir. 2017). "When determining citizenship of the parties for diversity jurisdiction purposes, a limited liability company (LLC) is a citizen of every state that any member is a citizen of." *Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017).

10. Plaintiff is a citizen of Georgia, residing in Paulding County. *See* Compl. ¶ 30.

11. Defendant Capital One Financial Corporation is a Delaware corporation with its principal place of business located in McLean Virginia. Thus, Defendant Capital One Financial Corporation is a citizen of Delaware and Virginia.

12. Defendant Capital One, N.A. is a Delaware corporation with its principal place of business located in McLean Virginia. Thus, Defendant Capital One, N.A. is a citizen of Delaware and Virginia.

3

13. Defendant Early Warning Services, LLC, is a limited liability company organized under the laws of Delaware with a principal place of business in Scottsdale, Arizona. EWS's members include Wells Fargo Bank, N.A., Bank of America, N.A., Truist Bank, Capital One, N.A., JP Morgan Chase Bank, N.A., U. S. Bank, N.A., and PNC Bank, N.A. Bank of America is a national banking association organized under the laws of the United States with its main office in North Carolina. Truist Bank is a North Carolina state chartered bank headquartered in North Carolina. Capital One is a national banking association organized under the laws of the United States with its main office in Virginia. JP Morgan Chase Bank is a national banking association organized under the laws of the United States with its main office in Ohio. U.S. Bank is a national banking association organized under the laws of the United States with its main office in Minnesota. PNC Bank is a national banking association organized under the laws of the United States with its main office in Pennsylvania. None of EWS's members are citizens of the state of Georgia and, therefore, complete diversity exists.

### B. Amount in Controversy

14. "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold," which is $75,000. *Martin v. William*, No. 1:20-CV-1241-LMM, 2020 WL 13593701, at *1 (N.D. Ga. June 17, 2020) (citations omitted); 28 U.S.C. § 1332(a).

15. The amount in controversy requirement is met under 28 U.S.C. § 1332 (a)(1) because the amount in controversy is in excess of $75,000. In particular, Plaintiff's Complaint seeks damages of no less than $10,000,000.00. *See* Ex. 1, Compl. Prayer for Relief ¶ (f) and (g).

**III.   ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED**

16. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.

17. Venue for removal is proper in this district and division under 28 U.S.C.§ 1441(a) because this district and division embrace the Superior Court of Fulton County, Georgia, the forum in which the Civil Action was pending.

18. The Defendants have heretofore sought no similar relief.

19. Removal at the present time will not result in any prejudice to Plaintiff.

20. Defendants reserve the right to amend or supplement this Notice of Removal.

21. A copy of this Notice is being filed with the Clerk of the Superior Court of Fulton County, Georgia, as provided under 28 U.S.C. § 1446.

22. Defendants note for the Court that a largely identical suit is already pending between the parties in this Court, captioned *Gregory Johnson v. Early Warning Services, LLC, et al.*, Civ. A. No. 1:23-cv-5292 (N.D. Ga.).

**WHEREFORE,** Defendants Capital One Financial Corporation, Capital One, N.A., and Early Warning Services, LLC request that the Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Dated: May 21, 2025

Respectfully submitted,

**MCGUIREWOODS LLP**

/s/ *Joseph M. Englert*
Joseph M. Englert
Georgia Bar No. 112409
1075 Peachtree Street, Suite 3500
Atlanta, Georgia 30309-3900
(404) 443-5500 (Telephone)
(404)443-5599 (Fax)
jenglert@mcguirewoods.com

Juliet B. Clark (*pro hac vice application forthcoming*)
800 East Canal Street
Richmond, Virginia 23219
(804) 775-4315 (Telephone)
(804) 698-2199 (Fax)
jbclark@mcguirewoods.com

*Counsel for Capital One Financial Corporation and Capital One, N.A.*

/s/ *Cindy D. Hanson*
Cindy D. Hanson
Georgia Bar No. 323920
Troutman Pepper Locke LLP

3000 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: 404-885-3000
Facsimile: 404-885-3900
Email: cindy.hanson@troutman.com

*Attorney for Defendant Early Warning Services, LLC*

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1(C), the foregoing pleading is prepared in Times New Roman, 14 point and complies with the margin and type requirements of this Court.

Pursuant to Local Rule 5.1(A)(3), I hereby certify that a true and correct copy of the foregoing was served on the following on the Plaintiff via email and by regular mail, postage prepaid:

Gregory Johnson<br>
P.O. Box 4<br>
Hiram, Georgia 30141<br>
Ghenghs23@gmail.com

This 21 day of May, 2025.

           */s/ Joseph M. Englert*
           Joseph M. Englert (GA Bar 112409)