**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

GREGORY JOHNSON,

                   Plaintiff,

vs.

CAPITAL ONE FINANCIAL
CORPORATION et al,

                  Defendants.

CIVIL ACTION FILE NO.

1:25-cv-02839-MLB

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown,

United States District Judge, for consideration of the defendant's motions to dismiss,

and the court having granted said motions, it is

    **Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

    Dated at Atlanta, Georgia, this 9th day of March, 2026.

                           KEVIN P. WEIMER
                           CLERK OF COURT

                         By: s/Parker Thompson
                             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 9, 2026
Kevin P. Weimer
Clerk of Court

By: s/Parker Thompson
    Deputy Clerk